UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number:08-10023-CIV-MARTINEZ-WHITE**

JULIA JORGE LOUIS GARCIA,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Movant's motion to vacate filed pursuant to 28 U.S.C. § 2255. The Magistrate Judge filed a Report (D.E. No. 10), recommending that this motion be denied. The Court has reviewed the entire file and record and notes that no objections to this Report have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 10)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

    1.    Movant's motion to vacate is **DENIED**.

    2.    This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of October, 2008.

    _____
    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Julia Jorge Louis Garcia